IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

LAURA STEPHENS,

                                         Case No.:  2:14-cv-14425-MOB-DRG

    Plaintiff,

                                         Hon. Marianne O. Battani

v

ALLIANCE ONE RECEIVABLE MANAGEMENT, INC.,

    Defendant.

_____/

## VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this suit prior to answer or other response by Defendant.

                                                                   Respectfully submitted:

Dated:  August 15, 2016                               _____/s/ Charles N. DeGryse_____
                                                                     Charles N. DeGryse (P72390)
                                                                     Huron Law Group PLLC
                                                                     Attorneys for Plaintiff
                                                                     26711 Northwestern Hwy., Ste. 375
                                                                     Southfield, MI  48033
                                                                     (248) 440-7322